CLERK, U.S. DISTRICT COURT

FEB 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PINEDA OLIVA, | NO. CV 08-3772-ODW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ANTHONY HEDGPETH, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is conditionally granted. Respondent shall discharge Petitioner from all adverse consequences of the judgment in Superior Court action No. BA248106, unless

///

///

///

///

Petitioner is brought to retrial within ninety (90) days of the entry of Judgment herein, plus any additional delay authorized under State law.

DATED: 2-9-2009.

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE